UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGBAO YAN,<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL POT, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03500-MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER TO SHOW CAUSE** |

This matter is currently scheduled for a Case Management Conference on November 6, 2014. However, default has been entered against Defendant General Pot, Inc., and Defendant Dianguo Wang failed to file a case management statement and has not otherwise appeared in this matter since filing an Answer in August 2014. Accordingly, the November 6 Case Management Conference is VACATED. Defendant Dianguo Wang is ORDERED to show cause why default should not be entered pursuant to Federal Rule of Civil Procedure 55. Dianguo Wang shall file a declaration by November 17, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on December 4, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to </u>Dianguo Wang <u>that the Court may order default entered without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

  **IT IS SO ORDERED.**

Dated: November 3, 2014

                _____
                MARIA-ELENA JAMES
                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONGBAO YAN,

        Plaintiff,

  v.

GENERAL POT, INC., et al.,

        Defendants.

Case No. 14-cv-03500-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dianguo Wang
43767 Boscell Road
Fremont, CA 94538

Dated: 11/3/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2