UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGBAO YAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL POT, INC., et al.,<br><br>        Defendants. | Case No. 14-cv-03500-MEJ<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DIANGUO WANG** |

As Defendant Dianguo Wang failed to file a case management statement and has not otherwise appeared in this matter since filing an Answer in August 2014, the Court ordered Dianguo Wang to show cause why default should not be entered pursuant to Federal Rule of Civil Procedure 55. As no response has been received, the Court DIRECTS the Clerk of Court to enter default against Dianguo Wang. Plaintiff Longbao Yan shall file a motion for default judgment under Rule 55 within 30 days of entry of default. The December 4, 2014 Order to Show Cause hearing is VACATED.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGBAO YAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL POT, INC., et al.,<br><br>        Defendants. | Case No. 14-cv-03500-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/19/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dianguo Wang
43767 Boscell Road
Fremont, CA 94538


Dated: 11/19/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES