UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGBAO YAN,<br><br>   Plaintiff,<br><br>  v.<br><br>GENERAL POT, INC., et al.,<br><br>   Defendants. | Case No. 14-cv-03500-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 16 |

This matter is currently scheduled for a hearing on January 15, 2015 regarding Plaintiff's Motion for Default Judgment. However, Defendants General Pot, Inc. and Dian Guo Wang have now filed a Motion to Set Aside Default, which is scheduled for a hearing on January 29, 2015. Accordingly, the Court VACATES the default judgment motion hearing. If a hearing is necessary after resolution of Defendants' motion, the Court shall re-calendar the matter.

**IT IS SO ORDERED.**

Dated: December 29, 2014

                 MARIA-ELENA JAMES
                 United States Magistrate Judge