UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONGBAO YAN,

         Plaintiff,

    v.

GENERAL POT, INC., et al.,

         Defendants.

Case No.  14-cv-03500-MEJ

**ORDER FOR DEFENDANTS TO FILE DECLARATION RE: MOTION TO DISMISS**

Re: Dkt. No. 21

Pending before the Court is Defendants' Motion to Set Aside Default and Motion to Dismiss.  To assist the Court in its determination of their motion, Defendants shall file a declaration by January 12, 2015, attesting as to whether General Pot has annual gross sales of $500,000 or more.

    **IT IS SO ORDERED.**

Dated: January 7, 2015

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California